# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NOEL A. DEAN

NO. 2019 KW 1087

NOV 1 2 2019

---

In Re:     Noel A. Dean, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, Nos. 17-WFLN-479 & 480.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED.** Relator previously raised a claim of ineffective assistance of counsel in his first application for postconviction relief. A successive application shall be dismissed if it fails to raise a new or different claim. La. Code Crim. P. art. 930.4(D). Furthermore, the decision in **Martinez v. Ryan**, 566 U.S. 1, 132 S.Ct. 1309, 182 L.Ed.2d 272 (2012), does not apply to postconviction claims made in state court. See **State v. Deloch**, 2013-1975 (La. 5/16/14), 140 So.3d 1167.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT